CALLIE C. JENKINS, JOINED BY HER HUSBAND, L. M. JEN-
KINS, AND BESSIE LASTINGER, JOINED BY HER HUSBAND,
J. K. LASTINGER, *Appellants,* v. MRS. JOSEPHINE BOND,
WILLIE DONALD BOND AND IDA PEEPLES, JOINED BY HER
HUSBAND, J. J. PEEPLES, *Appellees.*

Opinion filed January 16, 1919.

Appeal from Circuit Court for DeSoto County; F. A.
Whitney, Judge.

Affirmed.

*Whitehurst & Whitehurst* and *Leitner & Leitner,* for
Appellants;

*Mabry & Carlton,* for Appellees.

PER CURIAM.—This cause having been submitted to
the Court at a former term upon the transcript of the
record of the decree aforesaid, and argument of counsel
for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to the
Court that there is no error in the said decree; it is,
therefore, considered, ordered and adjudged by the Court
that the said decree of the Circuit Court be, and the
same is, hereby affirmed.

All concur.